Dismissed and Memorandum Opinion filed January 24, 2008








Dismissed and Memorandum Opinion filed January 24, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00522-CV

____________

 

WENTWOOD APPLEWOOD LP, WENTWOOD BAYTOWN LP, 

WENTWOOD CAPITAL FUND I LP, WENTWOOD LAKESIDE I LP,
WENTWOOD ROLLINGBROOK LP, WENTWOOD ROUNDHILL I LP, WENTWOOD ST. JAMES LP, AND
WENTWOOD WOODSIDE LP AS 

THE PROPERTY OWNERS AND THE PROPERTY OWNERS,
Appellants

 

V.

 

THE APPRAISAL REVIEW BOARD OF 

HARRIS COUNTY APPRAISAL DISTRICT, Appellee

 



 

On Appeal from the
125th District Court

Harris
County, Texas

Trial Court Cause
No. 2006-35698

 



 

M E M O R
A N D U M  O P I N I O N

This is
an appeal from a judgment signed May 23, 2007.  On August 2, 2007, this court
ordered the parties to mediation.  








On
November 7, 2007, the court was advised the parties had fully resolved the
issues in the case.  Accordingly, the parties had until November 19, 2007, to
file a dispositive motion or a motion for extension of time.

On
December 13, notification was transmitted to all parties of the Court=s intent to dismiss the appeal for
failing to comply with this court=s order of December 13, 2007, which
ordered the parties to file a motion to dismiss, other dispositive motion, or a
motion for an extension of time to file their dispositive motion within ten
days.  See Tex. R. App. P.
42.3(c).

The
parties filed no response.  Accordingly, the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed January
22, 2008.

Panel consists of Justices Fowler, Frost, and Seymore.